IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:15CR52 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| v. | ) | |
| | ) | |
| STEVE NESBIT, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Upon good cause shown, IT IS HEREBY ORDERED that the Government's Sentencing Memorandum in the above-captioned case, and all documents relating thereto, and this Order be sealed and placed in the custody of the Clerk of Courts.

                                                                  s/Jeffrey J. Helmick
                                       UNITED STATES DISTRICT JUDGE
                                       JEFFREY J. HELMICK