IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:15 CR 52 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| v. | ) | GOVERNMENT'S |
| | ) | REQUEST TO FILE MOTION FOR |
| | ) | RESTITUTION UNDER SEAL |
| STEVE NESBIT | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Now comes the United States of America, by its counsel, Carole S. Rendon, Acting United States Attorney, and Tracey Ballard Tangeman, Assistant United States Attorney, and respectfully moves the Court for an order to file its motion for restitution under seal.  The undersigned submits that the Motion for Restitution contains sensitive information that should not be available for public review.

Respectfully submitted,

CAROLE S. RENDON
ACTING UNITED STATES ATTORNEY

/s/ Tracey Ballard Tangeman
Tracey Ballard Tangeman, Reg. No. 0069495
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, OH 43604
Phone:  (419) 259-6376
Fax: (419) 259-6360
Email:  Tracey.Tangeman@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I certify that on July 14, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                          /s/ Tracey Ballard Tangeman
                                          Tracey Ballard Tangeman