UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                                         Case No. 3:15-cr-00052

         Plaintiff

    v.                                                    ORDER

Steve Nesbit,

         Defendant

      Before me are the sentencing memoranda submitted by Defendant Steve Nesbit and by the Government (Doc. Nos. 62 & 64), the final presentence investigation report (Doc. No. 75), and the Government's motions for restitution (Doc. Nos. 67 & 73). Having reviewed these in light of 18 U.S.C. § 2259, I find restitution to be appropriate in this case.

      Pursuant to 18 U.S.C. § 3663, the defendant shall pay restitution in the amount of $2,500, to be distributed evenly among the five requesting victims, through the Clerk of the U.S. District Court. Restitution is due and payable immediately.

      The defendant shall pay 25% of the defendant's gross income per month, through the Federal Bureau of Prisons Inmate Financial Responsibility Program. If a restitution balance remains upon release from imprisonment, payment is to commence no later than 60 days following release from imprisonment to a term of supervised release in monthly payments of at least 10% of the defendant's gross monthly income during the term of supervised release and thereafter as prescribed by law.

Notwithstanding establishment of a payment schedule, nothing shall prohibit the United States from executing or levying upon property of the defendant discovered before and after the date of the judgment in this case.

I waive the interest requirement in this case.

So Ordered.


s/ Jeffrey J. Helmick
United States District Judge